UNITED STATES DISTRICT COURT
for the
DISTRICT OF MAINE

| | |
|---|---|
| CINDY F. WYMAN,<br><br>    Plaintiff,<br><br>    -v-<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Civil Action No. 2:18-cv-00042-NT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

    The parties, by and through their undersigned counsel, hereby stipulate and agree that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without costs to either party as against the other.

Dated: May 24, 2018

| | |
|---|---|
| Cindy F. Wyman | Life Insurance Company of North America |
| /s/ *Andrew J. Bernstein*<br>Andrew J. Bernstein, Esq.<br>Law Offices of Joe Bornstein<br>P.O. Box 4685<br>Portland, ME 04112<br>Tel: (207) 772-4624<br>abernstein@joebornstein.com | /s/ *Byrne J. Decker*<br>Byrne J. Decker<br>Pierce Atwood LLP<br>254 Commercial Street<br>Portland, ME 040101<br>Tel. 207-791-1100<br>bdecker@pierceatwood.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Dated: May 24, 2018

                                          Respectfully Submitted,

                                          */s/ Andrew J. Bernstein*
                                          Andrew J. Bernstein, Esq.
                                          Law Offices of Joe Bornstein
                                          P.O. Box 4685
                                          Portland, ME 04112
                                          Tel: (207) 772-4624
                                          Fax: (207) 772-5089
                                          abernstein@joebornstein.com